**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| LARRY LAMPLEY, | § § § | |
| *Plaintiff,* | § § | CIVIL ACTION No. 9:20-CV-100 |
| v. | § § | |
| UNIFIN, INC., | § § | |
| *Defendant.* | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the court is Plaintiff Larry Lampley's Notice of Voluntary Dismissal with Prejudice. (Doc. #3). Plaintiff seeks a dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The court is of the opinion that it should grant this.

IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUDICE, and costs will be borne by the party incurring the same. The clerk of court is directed to close this case and terminate all pending motions. This case is CLOSED, and this constitutes a final judgment.

So ORDERED and SIGNED, Jul 02, 2020.

_____
Ron Clark
Senior Judge